IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| LIPPERT COMPONENTS, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 08-98 (JJF) |
| | ) | |
| DEXTER CHASSIS GROUP, INC., | ) | |
| | ) | |
| Defendant. | ) | |

### NOTICE OF DISMISSAL

Plaintiff Lippert Components, Inc. ("LCI") in accordance with the provisions of Rule 41(a)(1), Federal Rules of Civil Procedure, submits this Notice of Dismissal of the present action. The Dismissal is without prejudice.

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Thomas C. Grimm*
_____
Thomas C. Grimm (#1098)
1201 N. Market Street
P.O. Box 1347
Wilmington, DE 19899-1347
(302) 658-9200
tgrimm@mnat.com
*Attorneys for Plaintiff*

OF COUNSEL:

Dean A. Monco
F. William McLaughlin
Brad R. Bertoglio
WOOD PHILLIPS
500 West Madison Street
Suite 3800
Chicago, IL 60661-2562
(312) 876-1800

April 29, 2008
2301753