# Morris, Nichols, Arsht & Tunnell LLP

1201 North Market Street
P.O. Box 1347
Wilmington, Delaware 19899-1347

302 658 9200
302 658 3989 Fax

Thomas C. Grimm
302 351 9595
302 425 4661 Fax
tgrimm@mnat.com

May 8, 2008

**VIA E-FILING**

The Honorable Joseph J. Farnan, Jr.
United States District Court
 for the District of Delaware
844 King Street
Wilmington, DE 19801

Re: *Lippert Components, Inc. v. Dexter Chassis Group, Inc.*,
C.A. No. 08-98-JJF

Dear Judge Farnan:

On April 29, 2008, plaintiff filed a Notice of Dismissal (D.I. 6) of this action. Therefore, the scheduling conference set for Friday, May 9, may be taken off the Court's calendar.

Respectfully,

*Thomas C. Grimm*

Thomas C. Grimm (#1098)

TCG
cc: Dr. Peter T. Dalleo, Clerk (by hand)
    Dean A. Monco, Esq. (via e-mail)